FILED

JUL 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

|   |   |   |
|---|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company, | ) ) ) | NO. **08 C 50 1 54** |
| Plaintiff, | ) ) |  |
| vs. | ) ) | **NOTICE OF REMOVAL** |
| ARCTIC CAT, INC.,<br>a Minnesota corporation, | ) ) ) | Kapala |
| Defendant. | ) ) |  |

Defendant, ARCTIC CAT INC., a Minnesota corporation (hereinafter referred to as "ARCTIC CAT"), by its attorneys, WILLIAMSMcCARTHY LLP, hereby files its Notice of Removal in the above-entitled civil action to the United States District Court for the Northern District of Illinois, Western Division, pursuant to the provisions of 28 U.S.C., §1441, et seq. on the basis of the following facts that show the case to be properly removable:

1.     That on or about June 20, 2008, the plaintiff DRIVELINE SYSTEMS, LLC, an Illinois limited liability company (hereinafter referred to as "DRIVELINE") commenced this action in the Circuit Court of the 17th Judicial Circuit in and for Winnebago County, Illinois, under Cause No. 2008- L-234. A copy of said Summons and Complaint with exhibits is attached hereto as Exhibit A.

2.     That on June 26, 2008, ARCTIC CAT was served with Summons and Complaint and, thus, the time within which ARCTIC CAT is required by 28 U.S.C., §1446(b), to file this Notice of Removal has not yet expired.

3.   DRIVELINE alleges in paragraph 1 that:

"Driveline is an Illinois limited liability company which maintains its principal place of business at 6421 Material Avenue, Loves Park, Illinois, 61111."

4.   DRIVELINE alleges in paragraph 2 that:

"Arctic Cat is a Minnesota corporation which maintains a place of business at 600 Brooks Avenue, South, Thief River Falls, Minnesota, 56701."

5.   In its prayer for relief in Count I, DRIVELINE seeks judgment in an amount of $182,234.05, and in Count II in an amount of $3,949,496.47.

6.   Accordingly, pursuant to 28 U.S.C., §1332(a), there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7.   ARCTIC CAT respectfully submits that all of the elements of removal based on diversity jurisdiction have been met.

8.   This Notice of Removal is accompanied by a Civil Cover Sheet and a payment in the amount of $350.00 as the requisite filing fee.

ARCTIC CAT INC., a Minnesota corporation, Defendant
By WILLIAMSMCCARTHY LLP

By: _____
        John J. Holevas

STATE OF ILLINOIS      )
                          ) SS.
COUNTY OF WINNEBAGO   )

        John J. Holevas, being first duly sworn, states that he is an Attorney at Law duly licensed to practice in the State of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois, Western Division; that he is a Partner with the firm of WILLIAMSMCCARTHY LLP, attorneys for defendant; that he is one of the attorneys charged with the defense of the above cause; that he is the duly authorized agent of defendant to file the foregoing Notice of Removal; and that he has knowledge of the facts set forth in said Notice of Removal, and that the same are true and correct to the best of his knowledge and belief.

                                                John J. Holevas

Subscribed and sworn to before
me on July 25, 2008.

Diane K. Griffey
Notary Public

"OFFICIAL SEAL"
DIANE K. GRIFFEY
Notary Public, State of Illinois
My Commission Expires 06/06/2011

<u>CERTIFICATE OF LAWYER</u>

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies

that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using

the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

Attorney Brad Koch
Holmstrom & Kennedy
800 N. Church Street
Rockford, IL  61103

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL  61105-0219
815-987-8900

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

DRIVELINE SYSTEMS, LLC, an Illinois )
limited liability company, )
)
Plaintiff, )
)
v. )
)
ARCTIC CAT, INC., a Minnesota )
corporation, )
)
Defendant. )

08 C 50154

CASE NO. 08 L 234

**F I L E D**

JUL 2 5 2008

**SUMMONS**

To each defendant:     Arctic Cat, Inc.
600 Brooks Avenue S., PO Box 810
Thief River Falls, MN 56701

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

YOU ARE SUMMONED and required to file an answer to the Complaint in this case, a copy of which is attached hereto, or otherwise file your appearance, in the **Office of the Clerk of this Court, Winnebago County Courthouse, 400 West State Street, Rockford, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

**This summons may not be served later than 30 days after its date.**

(Seal of Court)     WITNESS, June 20 , 2008.

Clerk of the Circuit Court

By
Deputy

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
Bradley T. Koch
Holmstrom & Kennedy, P.C.
800 North Church Street, P.O. Box 589
Rockford, Illinois 61105
815/962-7071

EXHIBIT

A

Service fees:                          Service and return .......$
                                       Miles _____ .......$
                                       Total ..................$


I certify that I served this summons on defendants as follows:

**(a) - (Individual defendants - personal)   By leaving a copy of the Summons, Complaint and Validation Statement with Defendant:**
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

**(b) - (Individual defendants - abode):**
By leaving a copy of the summons and a copy of the complaint and validation statement at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person).

_____

_____

_____

and also by sending a copy of the summons and of the complaint and validation statement in a sealed envelope with postage fully prepaid, and addressed to each individual defendant at this usual place of abode, as follows:

Name of Defendant        Mailing Address      Date of Mailing

_____

_____

_____

**(c) (Corporation defendants):**
By leaving a copy of the summons and a copy of the complaint and validation statement
with the registered agent, officer, or agent of each defendant corporation as follows:

Defendant Corporation        Registered agent,          Date of Service
                             officer or agent

_____

_____

_____

**(d) - (Other service):**

_____

_____

_____

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

FILED

Date: ___6/20/08___

_Thomas A. Klein_
Clerk of the Circuit Court

By _____ Deputy
Winnebago County, IL

DRIVELINE SYSTEMS LLC, an Illinois
limited liability company,

      Plaintiff,

      v.

ARCTIC CAT INC., a Minnesota
corporation,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 08 L 234

## VERIFIED COMPLAINT

Plaintiff Driveline Systems LLC, an Illinois limited company ("Driveline"), by its attorneys, Holmstrom & Kennedy, P.C., for its Complaint against Defendant Arctic Cat Inc., a Minnesota corporation ("Arctic Cat"), states:

## COUNT I

### *Open Account*

1.    Driveline is an Illinois limited liability company which maintains its principal place of business at 6421 Material Avenue, Loves Park, Illinois, 61111.

2.    Arctic Cat is a Minnesota corporation which maintains a place of business at 600 Brooks Avenue South, Thief River Falls, Minnesota, 56701.

3.    Between March, 2007 and February, 2008, Driveline sold and delivered to Arctic Cat, at its request, on an account various goods manufactured by Driveline in Winnebago County, Illinois, including, but not limited to, axles, rotors, shafts, and tie rods.

4.    Between March, 2007 and February, 2008, Driveline forwarded to Arctic Cat invoices for the goods sold and delivered by Driveline to Arctic Cat, photocopies of which are attached hereto as Group Exhibit A and hereby incorporated by reference as though fully set forth herein (hereinafter collectively referred to as "Invoices").

5.    Driveline provided Arctic Cat a copy of its Terms and Conditions of Sale with each of the Invoices a photocopy of which Terms and Conditions are attached hereto as Exhibit B and hereby incorporated by reference as though fully set forth herein (hereinafter referred to as "Terms and Conditions").

6.    Arctic Cat is indebted to Driveline on an account for certain goods sold and delivered by Driveline to Arctic Cat at Arctic Cat's request between March, 2007 and February, 2008 in the amount of One Hundred Eight-Two Thousand Two Hundred Thirty-Four and 05/100 Dollars ($182,234.05) as is more fully described upon the Invoices.

7.    Arctic Cat promised to pay Driveline the amount set forth upon the Invoices.

8.    Although often requested to do so, Arctic Cat has failed and refused, and still fails and refuses, to pay the amount of Invoices or any part thereof.

9.    Driveline has been damaged by reason of Arctic Cat's failure to pay the amount of the Invoices in the amount of One Hundred Eight-Two Thousand Two Hundred Thirty-Four and 05/100 Dollars ($182,234.05)

10.    Pursuant to Paragraph 8 of the Terms and Conditions, Driveline is entitled to reasonable collection costs, including attorneys' fees, for Arctic Cat's failure to pay the balance due and owing reflected upon the Invoices.

2

WHEREFORE, Plaintiff Driveline Systems LLC, an Illinois limited liability company, respectfully requests the entry of a money judgment against Defendant Arctic Cat Inc., a Minnesota corporation, and in favor of Plaintiff Driveline Systems LLC, an Illinois limited liability company, in the amount of $182,234.05 plus an award of its attorneys' fees, costs of suit, and for such other and further relief as the Court deems just and equitable.

**COUNT II**

*Breach of Supply Contract for Specially Manufactured Goods*

1-10.  Driveline repeats and realleges Paragraphs 1 through 10 of Count I of its Complaint as Paragraphs 1-10 of this Count II of its Complaint as though fully set forth herein.

11.  During the course of the business relationship between Driveline and Arctic Cat, Driveline provided considerable engineering support to Arctic Cat and developed and manufactured goods with specifications uniquely suited to Arctic Cat's needs, including, without limitation, axles, outer tie-rods, inner tie-rods, shift shafts, and steering stops.

12.  Prior to January, 2006, Arctic Cat would send to Driveline individual purchase orders and scheduling agreements for goods manufactured by Driveline, and Driveline would deliver goods to Arctic Cat pursuant to the terms of the purchase orders and scheduling agreements.

13.  On or about November 20, 2006, Driveline and Arctic Cat entered into a fifty-two (52) week schedule ("Supply Contract") for the type and quantity of goods Arctic Cat would purchase from Driveline each week for the next fifty-two (52) weeks, a

3

photocopy of which Supply Contract is attached hereto as Exhibit C and hereby incorporated by reference as though fully set forth herein.

14.    Thereafter, Driveline planned, manufactured, and delivered goods to Arctic Cat based on the Supply Contract, the Terms and Conditions of the open account, and the course of dealing between the parties and was generally required to deliver to Artic Cat goods ordered by Arctic Cat within seven (7) days of receiving a release from Arctic Cat which would specify, in pertinent part, the goods to be delivered by Driveline to Arctic Cat.

15.    Upon Arctic Cat's request and agreement by the parties, Arctic Cat and Driveline would, from time to time, modify the Supply Contract to reflect Arctic Cat's demand for the goods.

16.    In order to deliver goods to Arctic Cat in a timely fashion pursuant to the Supply Contract, Driveline was required to order materials and manufacture the goods months before any scheduled delivery date.

17.    Arctic Cat was aware that Driveline required reasonable notice to plan for and manufacture the custom-made goods for Arctic Cat in accordance with the Supply Contract.

18.    On or about February 15, 2008, Arctic Cat terminated its contractual relationship and the Supply Contract with Driveline.

19.    At the time of Arctic Cat's termination, the total value of the custom-made goods manufactured by Driveline for Arctic Cat and the raw materials purchased by Driveline to manufacture such goods for Arctic Cat, in performance of the Supply Contract, was as follows:

4

| | |
|---|---|
| Finished Goods: | $1,505,003.00 |
| Work in Progress: | $  148,747.47 |
| Raw Materials: | $2,295,746.00 |

20.    The goods manufactured for Arctic Cat by Driveline pursuant to the Supply Contract and the raw materials ordered by Driveline so as to manufacture goods for Arctic Cat are not suitable for sale to others in the ordinary course of Driveline's business, because the specifications for the goods are uniquely suited to Arctic Cat's needs.

21.    By agreement and pursuant to the course of dealing between the parties, Driveline was entitled to reasonable notice of termination of the Supply Contract.

22.    Arctic Cat breached the Supply Contract by failing to provide Driveline reasonable notice of termination of the Supply Contract and failing to purchase from Driveline the specially manufactured goods and the raw materials purchased by Driveline in reliance upon the Supply Contract.

23.    Driveline has been damaged by the breach of the Supply Contract by Arctic Cat in the amount of $3,949,496.47 representing the goods specially manufactured for Arctic Cat and the raw materials purchased by Driveline to manufacture such goods pursuant to and in reliance upon the Supply Contract.

WHEREFORE, Plaintiff Driveline Systems LLC, an Illinois limited liability company, respectfully requests the entry of a money judgment against Defendant Arctic Cat, Inc., a Minnesota corporation, and in favor of Plaintiff Driveline Systems LLC, an Illinois limited liability company, in the amount of $3,949,496.47, an award of its

5

attorneys' fees, costs of suit, and for such other and further relief as the Court deems just and equitable.

## COUNT III

*Breach of Supply Contract for Specially Manufactured Goods*

*Confidentiality Provision*

1-23.  Driveline repeats and realleges Paragraphs 1 through 23 of Count II of its Complaint as Paragraphs 1-23 of this Count III of its Complaint as though fully set forth herein.

24.    Driveline has invested significant resources and labor in the development of new specifications, methods, and processes relating to the manufacture of its goods.

25.    During the course of their business relationship Arctic Cat specifically requested that Driveline invest significant resources and labor in the development of new specifications, methods, and processes relating to the following goods: axles, outer tie-rods, inner tie-rods, shift shafts, and steering stops which have been manufactured by Driveline for Arctic Cat.

26.    Paragraph 3 of the Terms and Conditions of the Supply Contract provides that Arctic Cat will not disclose any materials, information, or knowledge that Arctic Cat received from Driveline regarding Driveline's products, methods, or manufacturing processes to any third party:

> "Confidential Information:  Buyer shall not use or discharge to any person, firm, corporation, association or other third party any materials, information or knowledge Seller or its employees may disclose to Buyer concerning Seller's products, methods, or manufacturing process, or other information communicated to Buyer as proprietary and confidential, unless Buyer is authorized to do so in writing by an officer of Seller.  Buyer shall make ever reasonable

6

offer to insure that each of its employees who are involved in the performance of Buyer's obligations under this Agreement will abide by the non-use and confidentiality obligations as set forth in this paragraph." (Hereinafter referred to as "Confidentiality Provision".)

27.    During the course of their business relationship Driveline delivered to Arctic Cat confidential information relating to its products, methods, and manufacturing processes subject to the Confidentiality Provision.

28.    Upon information and belief, without authorization from Driveline, Arctic Cat disclosed the confidential information received by Arctic Cat from Driveline to certain third parties in violation of the Confidentiality Provision.

29.    Any disclosure of the confidential information by Arctic Cat to a third party was without the consent of Driveline and constitutes a material breach of the Confidentiality Provision within the Terms and Conditions and Supply Contract.

30.    By reason of Arctic Cat's breach of the Confidentiality Provision within the Terms and Conditions and Supply Contract, Driveline has been damaged in an amount to be determined but in excess of $50,000.00 by reason of Arctic Cat's use and disclosure of the confidential information.

WHEREFORE, Plaintiff Driveline Systems LLC, an Illinois limited liability company, respectfully requests the entry of a money judgment against Defendant Arctic Cat Inc., a Minnesota corporation, and in favor of Plaintiff Driveline Systems LLC, an Illinois limited liability company, in an amount to be determined, but in excess of $50,000.00, for damages incurred by reason of the breach of the Confidentiality Provision within the Terms and Conditions and Supply Contract, an award of its

7

attorneys' fees, costs of suit, and for such other and further relief as the Court deems just and equitable.

## COUNT IV

### In the Alternative, Injunctive Relief for Breach of Confidentiality Provision

1-30.   Driveline repeats and realleges Paragraphs 1 through 30 of Count III of its Complaint as Paragraphs 1-30 of this Count IV of its Complaint as though fully set forth herein.

31.   The continued use by Arctic Cat of the confidential information without the consent of Driveline constitutes a breach of the Confidentiality Provision within the Terms and Conditions and Supply Contract and has caused Driveline irreparable harm and damages.

32.   Driveline has suffered and will continue to suffer irreparable harm from the continued use by Arctic Cat of the confidential information in violation of the Confidentiality Provision, has no adequate remedy of law to enforce the Confidentiality Provision and to prevent Arctic Cat from the continued use of the confidential information.

WHEREFORE, Plaintiff Driveline Systems LLC, an Illinois limited liability company, respectfully requests the entry of a judgment against Defendant Arctic Cat Inc., a Minnesota corporation, containing the following relief:

A.   Determining that the use of the confidential information by Defendant Arctic Cat, Inc., a Minnesota corporation, violates the Confidentiality Provision within the Terms and Conditions and Supply Contract between Plaintiff Driveline Systems LLC, an Illinois limited liability company and Defendant Arctic Cat, Inc., a Minnesota corporation;

8

B.     Prohibiting Defendant Arctic Cat, Inc., a Minnesota corporation, from any use of the confidential information in the future;

C.     Directing Defendant Arctic Cat, Inc., a Minnesota corporation to return any and all of the  confidential information in its possession or control delivered to a third party in violation of the Confidentiality Provision to Plaintiff Driveline Systems, LLC, an Illinois limited liability company;

D.     An award of its attorneys' fees and costs of suit; and

E.     For such other and further relief as the Court deems just and equitable.


Dated: JUNE 20 , 2008

DRIVELINE SYSTEMS LLC, an Illinois
Limited Liability Company, Plaintiff,


BY:     HOLMSTROM & KENNEDY, P.C.,
        Its attorneys


BY:     _____
        One of its attorneys


## PLAINTIFF DRIVELINE SYSTEMS, LLC. HEREBY DEMANDS TRIAL BY JURY

BRADLEY T. KOCH - #3608
JOSEPH F. ARIAS
J. JOSEPH MCCOY
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

9

STATE OF ILLINOIS   )
          ) ss.
COUNTY OF WINNEBAGO  )

## <u>VERIFICATION</u>

  Personally appeared before the undersigned RICHARD V. DIGIOVANNI, President and Member of the Operating Board of Driveline Systems, LLC, an Illinois limited liability company, who, after being duly sworn, deposes and on oath says that he/she is authorized to make this verification, on behalf of Driveline Systems, LLC., an Illinois limited liability company, and that the facts contained within the foregoing Verified Complaint are true and correct to the best of his/her knowledge, information and belief.

           Driveline Systems, LLC,
           an Illinois limited liability company

           By: _____
             Richard V, DiGiovanni, its President and Member

Subscribed and sworn to before me
this ____ day of _July_, 2008.

"OFFICIAL SEAL"
BRADLEY T. KOCH
Notary Public, State of Illinois
My Commission Expires 05/17/11

BRADLEY T. KOCH - #3608
JOSEPH F. ARIAS
J. JOSEPH MCCOY
Holmstrom & Kennedy, P.C.
800 N. Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

| Arctic Cat | | | |
|---|---|---|---|
| Aged Account Receivable | | | |
| As OF 03/26/08 | | | |
| | | | |
| Reference Number | Invoice Date | Due Date | Amount |
| 100288 | 3/23/2007 | 4/22/2007 | 5,786.88 |
| 100933 | 7/30/2007 | 8/29/2007 | 1,539.52 |
| 120009 | 10/2/2007 | 11/1/2007 | 68.00 |
| 120066 | 10/20/2007 | 11/11/2007 | 172.08 |
| 120200 | 11/15/2007 | 12/15/2007 | 427.24 |
| 120201 | 11/15/2007 | 12/15/2007 | 106.81 |
| 120202 | 11/15/2007 | 12/15/2007 | 106.81 |
| 120333 | 1/3/2008 | 2/2/2008 | 1,864.00 |
| 120334 | 1/3/2008 | 2/2/2008 | 1,850.40 |
| 120335 | 1/3/2008 | 2/2/2008 | 3,078.75 |
| 120336 | 1/3/2008 | 2/2/2008 | 3,094.50 |
| 120344 | 1/11/2008 | 2/10/2008 | 1,500.00 |
| 120345 | 1/11/2008 | 2/10/2008 | 1,850.40 |
| 120348 | 1/18/2008 | 2/17/2008 | 537.60 |
| 120349 | 1/18/2008 | 2/17/2008 | 8,082.00 |
| 120350 | 1/18/2008 | 2/17/2008 | 19,306.56 |
| 120351 | 1/18/2008 | 2/17/2008 | 2,313.00 |
| 120352 | 1/18/2008 | 2/17/2008 | 4,426.00 |
| 120357 | 1/25/2008 | 2/24/2008 | 716.80 |
| 120358 | 1/25/2008 | 2/24/2008 | 8,082.00 |
| 120359 | 1/25/2008 | 2/24/2008 | 8,143.20 |
| 120360 | 1/25/2008 | 2/24/2008 | 16,164.00 |
| 120361 | 1/25/2008 | 2/24/2008 | 8,317.92 |
| 120362 | 1/25/2008 | 2/24/2008 | 7,812.48 |
| 120363 | 1/25/2008 | 2/24/2008 | 1,226.68 |
| 120364 | 1/29/2008 | 2/28/2008 | 2,808.50 |
| 120365 | 1/29/2008 | 2/28/2008 | 448.00 |
| 120366 | 1/29/2008 | 2/28/2008 | 8,143.20 |
| 120367 | 1/29/2008 | 2/28/2008 | 8,082.00 |
| 120368 | 1/29/2008 | 2/28/2008 | 10,586.16 |
| 120369 | 1/29/2008 | 2/28/2008 | 350.48 |
| 120370 | 1/29/2008 | 2/28/2008 | 350.48 |
| 120371 | 1/29/2008 | 2/28/2008 | 1,784.00 |
| 120373 | 1/30/2008 | 2/29/2008 | 8,317.92 |
| 120374 | 1/30/2008 | 2/29/2008 | 7,812.48 |
| 120375 | 1/30/2008 | 2/29/2008 | 350.48 |
| 120378 | 1/31/2008 | 3/1/2008 | 448.00 |
| 120379 | 1/31/2008 | 3/1/2008 | 23.00 |
| 120380 | 1/31/2008 | 3/1/2008 | 8,082.00 |
| 120381 | 2/1/2008 | 3/2/2008 | 6,800.00 |
| 120382 | 2/1/2008 | 3/2/2008 | 8,082.00 |
| 120383 | 2/1/2008 | 3/2/2008 | 525.72 |
| 120384 | 2/1/2008 | 3/2/2008 | 2,666.00 |
| | | | 182,234.05 |



EXHIBIT

A

Driveline Systems LLC
6421 Material Avenue
Loves Park·IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**Invoice:  100288**                    **INVOICE**                    Page:    1 of 1
                                                                       Date:    3/23/2007

| Sold To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: | Terms: NET 30 DAYS | |
|---|---|---|
| | | Ship Date: |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 0.00 | | | 0.00 | 5,786.88 |
| | | StartUp | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 4/22/2007 | 5,786.88 |
| | **Total** | 5,786.88 |

**Total:**    5,786.88 $US

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:        815-877-8203

**Invoice: 100933**          **INVOICE**

Page:      1 of 1
Date:      7/30/2007

| Sold To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: | Terms: NET 30 DAYS |
|---|---|
| | Ship Date: |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 0.00 | StartUp | | 0.00 | 1,539.52 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 8/29/2007 | 1,539.52 |
| | *Total* | 1,539.52 |

ARForm:001:00

| Total: | 1,539.52 *$US* |
|---|---|

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111


DRIVELINE
DS
SYSTEMS, LLC

Phone:  815-877-8102
Fax:    815-877-8203

**INVOICE**

Invoice: **120009**

Page:  1 of 1
Date:  10/2/2007

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

| PO Number: 60053483<br>Sales Rep: DON M. DIGIOVANNI<br>Packing Slip: 1010 | Terms: NET 30 DAYS<br>Ordered: 10/2/2007 | F.O.B: SHIPPING POINT<br>Ship Via: BEST WAY<br>Ship Date: 10/2/2007 |
|---|---|---|

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 50.00 | 0502-811<br>1/2AXLEASSEMBLY | | 42.90 EA | 2,145.00 |

*Warehouse Code:* main
B

Our Part: 73811

| Line (1) Miscellaneous Charges | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 68.00 |

**Total:**     2,213.00 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/1/2007 | 2,213.00 |
| | **Total** | 2,213.00 |

ARForm:001:00

Driveline Systems LLC
5421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

**Invoice: 120066**

**INVOICE**

Page: 1 of 1
Date: 10/12/2007

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | JUSTIN GRAVER<br>HB PERFORMANCE SYSTEMS, INC.<br>5800 WEST. DONGES BAY ROAD<br>MEQUON WI 53092 |

PO Number: 1148147
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1059

Terms: NET 30 DAYS
Ordered: 10/4/2007

F.O.B: SHIPPING POINT
Ship Via: UPS NEXT DAY AIr
Ship Date: 10/12/2007

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 3.00 | 1402-710D<br>ROTOR,MACH FROM DUCT BAR STK | | 57.36 EA. | 172.08 |
| | | **Warehouse Code:** main | | | |
| | Our Part: 42712 | | B | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/11/2007 | 172.08 |
| | **Total** | 172.08 |

**Total:** 172.08 $US

ARForm:001:00

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

**Invoice: 120200**          **INVOICE**          Page: 1 of 1
Date: 11/15/2007

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | OWEN STENVIK<br>ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 1149346           Terms: NET 30 DAYS           F.O.B: SHIPPING POINT
  Sales Rep: DON M. DIGIOVANNI      Ordered: 11/9/2007      Ship Via: UPS GROUND SER
Packing Slip: 1189                          Ship Date: 11/15/2007

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 4.00 | 1402-710 STAINLESS STEEL ROTOR<br>ROTOR,MACH FROM BAR STOCK | | 106.81 EA | 427.24 |

Warehouse Code: main
RELEASE

Our Part: 42714

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/15/2007 | 427.24 |
| | **Total** | 427.24 |

**Total:** 427.24 $US

ARForm:001:00

Driveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**nvoice: 120201**                    ☰ **INVOICE** ☰

Page:    1 of 1
Date:    11/15/2007

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | OWEN STENVIK<br>ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 1149346 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 11/9/2007 | Ship Via: UPS NEXT DAY AI |
| Packing Slip: 1190 | | Ship Date: 11/15/2007 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 1.00 | 1402-710 STAINLESS STEEL ROTOR<br>ROTOR,MACH FROM BAR STOCK | | 106.81 EA | 106.81 |

**Warehouse Code:** main

*Our Part:* 42714                    RELEASE

| Payment Schedule | | | Total: | 106.81 $US |
|---|---|---|---|---|
| | Due Date | Amount | | |
| 1 | 12/15/2007 | 106.81 | | |
| | *Total* | 106.81 | | |

ARForm001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park 1L 61111



Phone:  815-877-8102
Fax:    815-877-8203

**Invoice:  120202**                    **INVOICE**                    Page:   1 of 1
                                                                        Date:   11/15/2007

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | JUSTIN GRAVER<br>HB PERFORMANCE SYSTEMS, INC.<br>5800 WEST. DONGES BAY ROAD<br>MEQUON WI 53092 |

| | | |
|---|---|---|
| PO Number: 1149346<br>Sales Rep: DON M. DIGIOVANNI<br>Packing Slip: 1191 | Terms: NET 30 DAYS<br>Ordered: 11/9/2007 | F.O.B: SHIPPING POINT<br>Ship Via: UPS NEXT DAY AI<br>Ship Date: 11/15/2007 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 1.00 | 1402-710 STAINLESS STEEL ROTOR<br>ROTOR,MACH FROM BAR STOCK | | 106.81 EA | 106.81 |
| | | *Warehouse Code:* main | | | |
| | *Our Part:* 42714 | RELEASE | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/15/2007 | 106.81 |
| | **Total** | 106.81 |

| Total: | 106.81 *$US* |
|---|---|

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone: 315-877-5102
Fax: 315-877-8203

## INVOICE

**nvoice: 120333**

Page: 1 of 1
Date: 1/3/2008

**Bill To:**

ARCTIC CAT INC
601 BROOKS AVENUE SOUTH
P.O. BOX 810
THIEF RIVER FALLS MN 56701

**Ship To:**

ARCTIC CAT INC-SERVICE DIST.
215 CROSSROADS BOULEVARD
BUCYRUS OH 44820

PO Number: 60054102
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1315

Terms: NET 30 DAYS
Ordered: 1/2/2008

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 1/3/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|------|----------|------------------------|----------|------------|-----------|
| 1 | 40.00 | 0502-734 1/2AXLEASSEMBLY | | 45.24 EA | 1,809.60 |

*Warehouse Code:* main
B

**Our Part:** 73734
**Reference** A03671104

| *Line (1) Miscellaneous Charges* | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 54.40 |

**Total:** 1,864.00 $US

| Payment Schedule | | |
|---|---|---|
| | **Due Date** | **Amount** |
| 1 | 2/2/2008 | 1,864.00 |
| | **Total** | 1,864.00 |

ARForm001:00

iveline Systems LLC
21 Material Avenue
ives Park IL 61111



Phone:      815-877-8102
Fax:        815-877-8203

**Invoice: 120334**          **INVOICE**

Page:  1 of 1
Date:  1/3/2008

**Bill To:**

ARCTIC CAT INC
601 BROOKS AVENUE SOUTH
P.O. BOX 810
THIEF RIVER FALLS MN 56701

**Ship To:**

ARCTIC CAT INC-SERVICE DIST.
215 CROSSROADS BOULEVARD
BUCYRUS OH 44820

PO Number: 60053484
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1316

Terms: NET 30 DAYS
Ordered: 1/2/2008

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 1/3/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 40.00 | 0502-740<br>1/2AXLEASSEMBLY | | 44.90 EA | 1,796.00 |

Warehouse Code: main
C

Our Part: 73740
Reference  A03671105

| Line (1) Miscellaneous Charges | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 54.40 |

| Payment Schedule | | |
|---|---|---|
| | **Due Date** | **Amount** |
| 1 | 2/2/2008 | 1,850.40 |
| | **Total** | 1,850.40 |

**Total:**   1,850.40 $US

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:    315-877-8102
Fax:      815-877-8203

nvoice: 120335

**INVOICE**

Page:    1 of 1
Date:    1/3/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60053481
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1317

Terms: NET 30 DAYS
Ordered: 1/2/2008

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 1/3/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 75.00 | 0502-812<br>1/2AXLE ASSEMBLY | | 39.69 EA | 2,976.75 |

Warehouse Code: main
A

Our Part: 73812
Reference  A03671106

| Line (1) Miscellaneous Charges | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 102.00 |

Total:    3,078.75 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/2/2008 | 3,078.75 |
| | Total | 3,078.75 |

ARForm:001:00

Driveline Systems LLC
1421 Material Avenue
Loves Park IL 61111



Phone:   815-877-8102
Fax:     815-877-8203

**Invoice: 120336**

**INVOICE**

Page:    1 of 1
Date:    1/3/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

| | | |
|---|---|---|
| PO Number: 60053479 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
| Sales Rep: DON M. DIGIOVANNI | Ordered: 1/2/2008 | Ship Via: VITRAN EXPRESS |
| Packing Slip: 1318 | | Ship Date: 1/3/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 75.00 | 0502-813<br>1/2 AXLE ASSEMBLY | | 39.90 EA | 2,992.50 |

Warehouse Code: main

A

Our Part: 73813
Reference A03671107

**Line (1) Miscellaneous Charges**

| Description | Amount |
|---|---|
| 10.) PACKING SURCHARGE-SE | 102.00 |

| | | |
|---|---|---|
| **Payment Schedule** | | **Amount** |
| | Due Date | |
| 1 | 2/2/2008 | 3,094.50 |
| | Total | 3,094.50 |

| Total: | 3,094.50 $US |
|---|---|

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:   815-877-8102
Fax:     815-877-8203

**Invoice:  120344**

**INVOICE**

Page:   1 of 1
Date:   1/11/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60054580
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1323

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: BEST WAY
Ship Date: 1/11/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 20.00 | 0444-119<br>PULLER WELDMENT | | 75.00 EA | 1,500.00 |
| | | *Warehouse Code:* main | | | |
| | Our Part: 99354<br>Reference  A03682839 | REL | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/10/2008 | 1,500.00 |
| | **Total** | 1,500.00 |

| Total: | 1,500.00 $US |
|---|---|

ARForm:001:00

Iriveline Systems LLC
421 Material Avenue
oves Park IL 61111



DRIVELINE
DS
SYSTEMS, LLC

Phone:    815-877-8102
Fax:      815-877-8203

nvoice: **120345**    **INVOICE**    Page:    1 of 1
Date:    1/11/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60054099    Terms: NET 30 DAYS
Sales Rep: DON M. DIGIOVANNI    Ordered: 1/11/2008    Ship Via: VITRAN EXPRESS
Packing Slip: 1322    Ship Date: 1/11/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 40.00 | 0502-733<br>1/2 AXLE ASSEMBLY | | 44.90 EA | 1,796.00 |

Warehouse Code: main
B

Our Part: **73733**
Reference  A03682881

*Line (1) Miscellaneous Charges*
| **Description** | **Amount** |
|---|---|
| 10.) PACKING SURCHARGE-SE | 54.40 |

| Payment Schedule | |
|---|---|
| **# Due Date** | **Amount** |
| 1  2/10/2008 | 1,850.40 |
| *Total* | 1,850.40 |

**Total:**    **1,850.40 $US**

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

nvoice: 120348                **INVOICE**          Page:    1 of 1
                                                  Date:    1/18/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054108              Terms: NET 30 DAYS          F.O.B: SHIPPING POINT
Sales Rep: DON M. DIGIOVANNI     Ordered: 9/26/2007          Ship Via: FIGGINS TRANSP(
acking Slip: 1328                                            Ship Date: 1/18/2008

| ine | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 120.00 | 0405-160<br>SHAFT,STEERING WHEEL | | 4.48 EA | 537.60 |
| | | | *Warehouse Code:* main | | |
| | | *Our Part:* 84098L | K | | |
| | | *Reference* A03693900 | | | |

| Payment Schedule | | | Total: | 537.60 *$US* |
|---|---|---|---|---|
| | Due Date | Amount | | |
| 1 | 2/17/2008 | 537.60 | | |
| | *Total* | 537.60 | | |

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

nvoice: 120349

**INVOICE**

Page: 1 of 1
Date: 1/18/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60053484
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1329

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/18/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-740<br>1/2 AXLE ASSEMBLY | C | 44.90 EA | 8,082.00 |
| | | Our Part: 73740<br>Reference A03694189 | Warehouse Code: main | | |
| 2 | 1.00 | 1655-378<br>PALLET | REL | 0.00 EA | 0.00 |
| | | Our Part: 72101<br>Reference A03694189 | Warehouse Code: main | | |
| 3 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | REL | 0.00 EA | 0.00 |
| | | Our Part: 72106<br>Reference A03694189 | Warehouse Code: main | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/17/2008 | 8,082.00 |
| | Total | 8,082.00 |

Total: 8,082.00 $US

ARForm:001:00

riveline Systems LLC
421 Material Avenue
ove's Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**nvoice: 120350**                    **INVOICE**

Page:    1 of 1
Date:    1/18/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60065094              Terms: NET 30 DAYS           F.O.B: SHIPPING POINT
Sales Rep: DON M. DIGIOVANNI     Ordered: 9/26/2007          Ship Via: FIGGINS TRANSP(
Packing Slip: 1330                                            Ship Date: 1/18/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 1,248.00 | 0502-838<br>HUB/STUD ASSY | | 15.47 EA | 19,306.56 |
| | | | Warehouse Code: main<br>C | | |
| | | Our Part: 73838<br>Reference A03694192 | | | |
| 2 | 2.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | | Warehouse Code: main<br>REL | | |
| | | Our Part: 72101<br>Reference A03694192 | | | |
| 3 | 24.00 | 1655-454<br>TRAY, HUB | | 0.00 EA | 0.00 |
| | | | Warehouse Code: main<br>REL | | |
| | | Our Part: 72103<br>Reference A03694192 | | | |

Total:          19,306.56 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/17/2008 | 19,306.56 |
| | Total | 19,306.56 |

ARForm:001:00

Driveline Systems LLC
321 Material Avenue
Loves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

Invoice: 120351                    **INVOICE**                    Page:    1 of 1
                                                                   Date:    1/18/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

| PO Number: 60053484 | Terms: NET 30 DAYS | |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 1/16/2008 | Ship Via: VITRAN EXPRESS |
| Packing Slip: 1327 | | Ship Date: 1/18/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 50.00 | 0502-740<br>1/2AXLEASSEMBLY | | 44.90 EA | 2,245.00 |

Our Part: 73740
Reference A03694190

Warehouse Code: main
C

| Line (1) Miscellaneous Charges | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 68.00 |

| Total: | 2,313.00 $US |
|---|---|

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/17/2008 | 2,313.00 |
| | _Total_ | 2,313.00 |

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:     815-877-8102
Fax:       815-877-8203

**voice: 120352**

**INVOICE**

Page:     1 of 1
Date:     1/18/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60053483
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1326

Terms: NET 30 DAYS
Ordered: 1/16/2008

Ship Via: VITRAN EXPRESS
Ship Date: 1/18/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 100.00 | 0502-811<br>1/2AXLEASSEMBLY | | 42.90 EA | 4,290.00 |

Warehouse Code: main
B

Our Part: 73811
Reference  A03694191

| Line (1) Miscellaneous Charges | |
|---|---|
| Description | Amount |
| 10.) PACKING SURCHARGE-SE | 136.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/17/2008 | 4,426.00 |
| | Total | 4,426.00 |

ARForm:001:00

| Total: | 4,426.00 $US |
|---|---|

Driveline Systems LLC
5421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

Invoice: 120357

**INVOICE**

Page: 1 of 1
Date: 1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054108 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP( |
| Packing Slip: 1335 | | Ship Date: 1/25/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 160.00 | 0405-160<br>SHAFT,STEERING WHEEL | | 4.48 EA | 716.80 |
| | | Warehouse Code: main | | | |
| | Our Part: 84098L | K | | | |
| | Reference A03704357 | | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/24/2008 | 716.80 |
| | **Total** | 716.80 |

Total: 716.80 $US

ARForm:001:00

iveline Systems LLC
121 Material Avenue
ves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**Invoice: 120358**

  INVOICE

Page:    1 of 1
Date:    1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054099 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP( |
| Packing Slip: 1336 | | Ship Date: 1/25/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-733<br>1/2 AXLE ASSEMBLY | | 44.90 EA | 8,082.00 |
| | | **Warehouse Code:** main | B | | |
| | | **Our Part:** 73733<br>**Reference** A03704610 | | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | | **Our Part:** 72106<br>**Reference** A03704610 | | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | | **Our Part:** 72101<br>**Reference** A03704610 | | | |

Total:    8,082.00 $US

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 2/24/2008 | 8,082.00 |
| | **Total** | 8,082.00 |

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:     815-877-8102
Fax:        815-877-8203

nvoice: 120359                    **INVOICE**                Page:     1 of 1
                                                             Date:     1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054102 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP( |
| Packing Slip: 1337 | | Ship Date: 1/25/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-734<br>1/2AXLEASSEMBLY | | 45.24 EA | 8,143.20 |
| | | Our Part: 73734<br>Reference A03704611 | **Warehouse Code:** main<br>B | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | Our Part: 72106<br>Reference A03704611 | **Warehouse Code:** main<br>REL | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | Our Part: 72101<br>Reference A03704611 | **Warehouse Code:** main<br>REL | | |

| **Payment Schedule** | | | | Total: | 8,143.20 $US |
|---|---|---|---|---|---|
| | Due Date | Amount | | | |
| 1 | 2/24/2008 | 8,143.20 | | | |
| | *Total* | 8,143.20 | | | |

ARForm:001:00

Driveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

nvoice: 120360          **INVOICE**          Page: 1 of 1
                                             Date: 1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60053484
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1338

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/25/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 360.00 | 0502-740<br>1/2 AXLE ASSEMBLY | | 44.90 EA | 16,164.00 |
| | | *Warehouse Code:* main | C | | |
| | | *Our Part:* 73740 | | | |
| | | *Reference* A03704612 | | | |
| 2 | 26.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | *Warehouse Code:* main | REL | | |
| | | *Our Part:* 72106 | | | |
| | | *Reference* A03704612 | | | |
| 3 | 2.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | *Warehouse Code:* main | REL | | |
| | | *Our Part:* 72101 | | | |
| | | *Reference* A03704612 | | | |

Total: 16,164.00 $US

| *Payment Schedule* | | |
|---|---|---|
| | *Due Date* | *Amount* |
| 1 | 2/24/2008 | 16,164.00 |
| | *Total* | 16,164.00 |

ARForm:001:00

Driveline Systems LLC
4421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

Invoice: 120361

**INVOICE**

Page: 1 of 1
Date: 1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054869 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP |
| Packing Slip: 1339 | | Ship Date: 1/25/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 624.00 | 0502-980<br>HUB/STUD ASSY FRONT PLUS 2 | | 13.33 EA | 8,317.92 |
| | | | **Warehouse Code:** main | | |
| | | Our Part: 73980 | C | | |
| | | Reference A03704624 | | | |
| 2 | 12.00 | 1655-454<br>TRAY, HUB | | 0.00 EA | 0.00 |
| | | | **Warehouse Code:** main | | |
| | | Our Part: 72103 | REL | | |
| | | Reference A03704624 | | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | | **Warehouse Code:** main | | |
| | | Our Part: 72101 | REL | | |
| | | Reference A03704624 | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/24/2008 | 8,317.92 |
| | **Total** | 8,317.92 |

Total: 8,317.92 $US

ARForm:001:00

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone:    815-877-8102
Fax:       815-877-8203

**Invoice: 120362**                    **INVOICE**                    Page:    1 of 1
                                                                      Date:    1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC | ARCTIC CAT INC-MAIN |
| 601 BROOKS AVENUE SOUTH | 635 BROOKS AVENUE |
| P.O. BOX 810 | PO BOX 810 |
| THIEF RIVER FALLS MN 56701 | THIEF RIVER FALLS MN 56701 |

PO Number: 60053486                Terms: NET 30 DAYS              F.O.B: SHIPPING POINT
  Sales Rep: DON M. DIGIOVANNI      Ordered: 9/26/2007            Ship Via: FIGGINS TRANSP(
Packing Slip: 1340                                                Ship Date: 1/25/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 624.00 | 0503-322 HUB/STUD ASSY REAR PLUS 2 | | 12.52 EA | 7,812.48 |
| | | | **Warehouse Code:** main A | | |
| | | Our Part: 73322 | | | |
| | | Reference A03704625 | | | |
| 2 | 12.00 | 1655-528-560-561 TRAY, HUB | | 0.00 EA | 0.00 |
| | | | **Warehouse Code:** main REL | | |
| | | Our Part: 72103 | | | |
| | | Reference A03704625 | | | |
| 3 | 1.00 | 1655-378 PALLET | | 0.00 EA | 0.00 |
| | | | **Warehouse Code:** main REL | | |
| | | Our Part: 72101 | | | |
| | | Reference A03704625 | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/24/2008 | 7,812.48 |
| | **Total** | 7,812.48 |

Total:    **7,812.48 $US**

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:       815-877-8203

**Invoice: 120363**                    **INVOICE**

Page:      1 of 1
Date:      1/25/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054094
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1341

Terms: NET 30 DAYS
Ordered: 10/1/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/25/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 364.00 | 0405-205<br>OUTER TIEROD | | 3.37 EA | 1,226.68 |

*Warehouse Code:* main
F

*Our Part:* 40250
*Reference* A03704358

**Total:**     1,226.68 *$US*

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/24/2008 | 1,226.68 |
| | *Total* | 1,226.68 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:        815-877-8203

**Invoice: 120364**

**INVOICE**

Page:     1 of 1
Date:     1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

| PO Number: 60054090 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: VITRAN EXPRESS |
| Packing Slip: 1343 | | Ship Date: 1/29/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 50.00 | 0402-778<br>1/2AXLEASSEMBLY | | 54.81 EA | 2,740.50 |

Warehouse Code: main
E

Our Part: 72814
Reference A03706227

| Line (1) Miscellaneous Charges | |
|---|---|
| **Description** | **Amount** |
| 10.) PACKING SURCHARGE-SE | 68.00 |

| Payment Schedule | | |
|---|---|---|
| | **Due Dates** | **Amount** |
| 1 | 2/28/2008 | 2,808.50 |
| | **Total** | 2,808.50 |

ARForm:001:00

| Total: | 2,808.50 $US |
|---|---|

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:  815-877-8102
Fax:    815-877-8203

**Invoice: 120365**               **INVOICE**

Page:   1 of 1
Date:   1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054108 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP. |
| Packing Slip: 1345 | | Ship Date: 1/29/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 100.00 | 0405-160<br>SHAFT,STEERING WHEEL | K | 4.48 EA | 448.00 |

Warehouse Code: main

Our Part: 84098L
Reference  A03706242

Total:          448.00 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/28/2008 | 448.00 |
| | Total | 448.00 |

ARForm:001:00

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax:     815-877-8203

**Invoice: 120366**                    **INVOICE**                    Page: 1 of 1
                                                                      Date: 1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054102              Terms: NET 30 DAYS           F.O.B: SHIPPING POINT
Sales Rep: DON M. DIGIOVANNI     Ordered: 9/26/2007           Ship Via: FIGGINS TRANSP(
Packing Slip: 1348                                            Ship Date: 1/29/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-734<br>1/2AXLEASSEMBLY | | 45.24 EA | 8,143.20 |
| | | **Our Part:** 73734<br>**Reference** A03708361 | **Warehouse Code:** main<br>B | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | **Our Part:** 72106<br>**Reference** A03708361 | **Warehouse Code:** main<br>REL | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | **Our Part:** 72101<br>**Reference** A03708361 | **Warehouse Code:** main<br>REL | | |

**Total:**           8,143.20 $US

| Payment Schedule | | |
|---|---|---|
| | **Due Date** | **Amount** |
| 1 | 2/28/2008 | 8,143.20 |
| | **Total** | 8,143.20 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**Invoice: 120367**                    **INVOICE**                    Page:    1 of 1
                                                                       Date:    1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC | ARCTIC CAT INC-MAIN |
| 601 BROOKS AVENUE SOUTH | 635 BROOKS AVENUE |
| P.O. BOX 810 | PO BOX 810 |
| THIEF RIVER FALLS MN 56701 | THIEF RIVER FALLS MN 56701 |

| PO Number: 60053484 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 9/26/2007 | Ship Via: FIGGINS TRANSP( |
| Packing Slip: 1349 | | Ship Date: 1/29/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-740<br>1/2AXLEASSEMBLY | | 44.90 EA | 8,082.00 |
| | | **Warehouse Code:** main | C | | |
| | Our Part: 73740 | | | | |
| | Reference A03708362 | | | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | Our Part: 72106 | | | | |
| | Reference A03708362 | | | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | Our Part: 72101 | | | | |

**Total:**    8,082.00 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/28/2008 | 8,082.00 |
| | **Total** | 8,082.00 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:   815-877-8102
Fax:     815-877-8203

**Invoice: 120368**

**INVOICE**

Page:    1 of 1
Date:    1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60054097
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1344

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 1/29/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 216.00 | 0502-750<br>1/2AXLEASSEMBLY | | 47.65 EA | 10,292.40 |

Warehouse Code: main
REL

Our Part: 73750
Reference  A03706501

| Line (1) Miscellaneous Charges | |
|---|---|
| Description | Amount |
| 10.) PACKING SURCHARGE-SE | 293.76 |

**Total:**     10,586.16 *$US*

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/28/2008 | 10,586.16 |
| | Total | 10,586.16 |

ARForm:001:00

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone:  815-877-8102
Fax:    815-877-8203

**Invoice: 120369**

**INVOICE**

Page:  1 of 1
Date:  1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054094
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1346

Terms: NET 30 DAYS
Ordered: 10/1/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSPO
Ship Date: 1/29/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 104.00 | 0405-205<br>OUTER TIEROD | | 3.37 EA | 350.48 |

Warehouse Code: main
F

Our Part: 40250
Reference A03706243

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/28/2008 | 350.48 |
| | Total | 350.48 |

ARForm:001:00

Total:    350.48 $US

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

**Invoice: 120370**

**INVOICE**

Page: 1 of 1
Date: 1/29/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054094
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1347

Terms: NET 30 DAYS
Ordered: 10/1/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/29/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 104.00 | 0405-205<br>OUTER TIEROD | | 3.37 EA | 350.48 |

Warehouse Code: main
F

Our Part: 40250
Reference A03708102

**Total:** 350.48 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/28/2008 | 350.48 |
| | **Total** | 350.48 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**Invoice: 120371**

INVOICE

Page:     1 of 1
Date:     1/29/2008

**Bill To:**

ARCTIC CAT INC
601 BROOKS AVENUE SOUTH
P.O. BOX 810
THIEF RIVER FALLS MN 56701

**Ship To:**

ARCTIC CAT INC-SERVICE DIST.
215 CROSSROADS BOULEVARD
BUCYRUS OH 44820

| PO Number: 60054867 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
| Sales Rep: DON M. DIGIOVANNI | Ordered: 11/6/2007 | Ship Via: VITRAN EXPRESS |
| Packing Slip: 1342 | | Ship Date: 1/29/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|------|----------|-------------------------|----------|------------|-----------|
| 1 | 25.00 | 0402-365 | | 70.00 EA | 1,750.00 |
| | | 1/2 AXLE ASSEMBLY | | | |

Warehouse Code: main
H

Our Part: 72812
Reference  A03706224

| Line (1) Miscellaneous Charges | |
| Description | Amount |
| 10.) PACKING SURCHARGE-SE | 34.00 |

| Payment Schedule | | |
| | Due Date | Amount |
| 1 | 2/28/2008 | 1,784.00 |
| | Total | 1,784.00 |

| Total: | 1,784.00 $US |

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**voice: 120373**                    **INVOICE**

Page:    1 of 1
Date:    1/30/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054869
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1353

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSPO
Ship Date: 1/30/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 624.00 | 0502-980<br>HUB/STUD ASSY FRONT PLUS 2<br>*Warehouse Code:* main | C | 13.33 EA | 8,317.92 |
| | | Our Part: 73980<br>Reference A03710303 | | | |
| 2 | 12.00 | 1655-454<br>TRAY, HUB<br>*Warehouse Code:* main | REL | 0.00 EA | 0.00 |
| | | Our Part: 72103<br>Reference A03710303 | | | |
| 3 | 1.00 | 1655-378<br>PALLET<br>*Warehouse Code:* main | REL | 0.00 EA | 0.00 |
| | | Our Part: 72101<br>Reference A03710303 | | | |

**Total:**    8,317.92 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/29/2008 | 8,317.92 |
| | *Total* | 8,317.92 |

ARForm:001:00

riveline Systems LLC
42t Material Avenue
oves Park IL 61111



Phone:    815-877-8102
Fax:      815-877-8203

**nvoice: 120374**          **INVOICE**                Page:    1 of 1
                                                       Date:    1/30/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60053486                Terms: NET 30 DAYS         F.O.B: SHIPPING POINT
Sales Rep: DON M. DIGIOVANNI       Ordered: 9/26/2007         Ship Via: FIGGINS TRANSP(
Packing Slip: 1354                                            Ship Date: 1/30/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 624.00 | 0503-322<br>HUB/STUD ASSY REAR PLUS 2 | | 12.52 EA | 7,812.48 |
| | | **Warehouse Code:** main | A | | |
| | | *Our Part:* 73322<br>*Reference* A03710306 | | | |
| 2 | 12.00 | 1655-454<br>TRAY, HUB | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | | *Our Part:* 72103<br>*Reference* A03710306 | | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | **Warehouse Code:** main | REL | | |
| | | *Our Part:* 72101<br>*Reference* A03710306 | | | |

Total:      7,812.48 $US

| *Payment Schedule* | | |
|---|---|---|
| | *Due Date* | *Amount* |
| 1 | 2/29/2008 | 7,812.48 |
| | *Total* | 7,812.48 |

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

**Invoice: 120375**

**INVOICE**

Page: 1 of 1
Date: 1/30/2008

**Bill To:**

ARCTIC CAT INC
601 BROOKS AVENUE SOUTH
P.O. BOX 810
THIEF RIVER FALLS MN 56701

**Ship To:**

ARCTIC CAT INC-MAIN
635 BROOKS AVENUE
PO BOX 810
THIEF RIVER FALLS MN 56701

PO Number: 60054094
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1352

Terms: NET 30 DAYS
Ordered: 10/1/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSPC
Ship Date: 1/30/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|------|----------|-------------------------|----------|------------|-----------|
| 1 | 104.00 | 0405-205 OUTER TIEROD | | 3.37 EA | 350.48 |

*Warehouse Code:* main
F

*Our Part:* 40250
*Reference* A03710007

**Total:** 350.48 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 2/29/2008 | 350.48 |
| | *Total* | 350.48 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:       815-877-8203

## Invoice: 120378

**INVOICE**

Page:     1 of 1
Date:     1/31/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054108
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1356

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/31/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 100.00 | 0405-160<br>SHAFT,STEERING WHEEL | | 4.48 EA | 448.00 |

*Warehouse Code:* main
K

*Our Part:* 84098L
*Reference* A03711943

| Payment Schedule | | |
|---|---|---|
| | **Due Date** | **Amount** |
| 1 | 3/1/2008 | 448.00 |
| | **Total** | 448.00 |

ARForm:001:00

| Total: | 448.00 $US |
|---|---|

Driveline Systems LLC
5421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:       815-877-8203

**Invoice: 120379**

**INVOICE**

Page:      1 of 1
Date:  .  1/31/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60054142
Sales Rep:. DON M. DIGIOVANNI
Packing Slip: 1358

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 1/31/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 50.00 | 0441-398<br>CLAMP,OETIKER,LOW PROFILE,1.087 | | 0.46 EA | 23.00 |
| | | | Warehouse Code: main | | |
| | Our Part: 99319 | | REL | | |
| | Reference A03712224 | | | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 3/1/2008 | 23.00 |
| | Total | 23.00 |

**Total:**      23.00 $US

ARForm:001:00

riveline Systems LLC
421 Material Avenue
oves Park IL 61111


DRIVELINE DS SYSTEMS, LLC

Phone:     815-877-8102
Fax:        815-877-8203

nvoice:  120380            **INVOICE**            Page:     1 of 1
                                                  Date:     1/31/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60053484
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1357

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSP(
Ship Date: 1/31/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-740<br>1/2AXLEASSEMBLY | | 44.90 EA | 8,082.00 |
| | | Our Part: 73740<br>Reference A03712263 | Warehouse Code: main<br>C | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | Our Part: 72106<br>Reference A03712263 | Warehouse Code: main<br>REL | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | Our Part: 72101<br>Reference A03712263 | Warehouse Code: main<br>REL | | |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 3/1/2008 | 8,082.00 |
| | Total | 8,082.00 |

Total:     8,082.00 $US

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:       815-877-8203

**Invoice: 120381**

INVOICE

Page:     1 of 1
Date:     2/1/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-SERVICE DIST.<br>215 CROSSROADS BOULEVARD<br>BUCYRUS OH 44820 |

PO Number: 60054107
  Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1359

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: VITRAN EXPRESS
Ship Date: 2/1/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 1,000.00 | 0436-410<br>BOOTKIT | | 6.80 EA | 6,800.00 |

*Warehouse Code:* main
REL

Our Part: 99404
Reference A03714209

Total:     6,800.00 $US

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 3/2/2008 | 6,800.00 |
| | **Total** | 6,800.00 |

ARForm:001:00

Driveline Systems LLC
3421 Material Avenue
Loves Park IL 61111



Phone:  815-877-8102
Fax:    815-877-8203

**Invoice: 120382**

**INVOICE**

Page:  1 of 1
Date:  2/1/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

PO Number: 60054099
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1361

Terms: NET 30 DAYS
Ordered: 9/26/2007

F.O.B: SHIPPING POINT
Ship Via: FIGGINS TRANSPO
Ship Date: 2/1/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 180.00 | 0502-733<br>1/2AXLEASSEMBLY | | 44.90 EA | 8,082.00 |
| | | | *Warehouse Code:* main<br>B | | |
| | | *Our Part:* 73733<br>*Reference* A03714269 | | | |
| 2 | 13.00 | 1655-528-560-561<br>TRAY, AXLE LONG | | 0.00 EA | 0.00 |
| | | | *Warehouse Code:* main<br>REL | | |
| | | *Our Part:* 72106<br>*Reference* A03714269 | | | |
| 3 | 1.00 | 1655-378<br>PALLET | | 0.00 EA | 0.00 |
| | | | *Warehouse Code:* main<br>REL | | |
| | | *Our Part:* 72101<br>*Reference* A03714269 | | | |

**Total:** 8,082.00 *$US*

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 3/2/2008 | 8,082.00 |
| | *Total* | 8,082.00 |

ARForm:001:00

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone:     815-877-8102
Fax:        815-877-8203

**Invoice: 120383**                    **INVOICE**                    Page: 1 of 1
                                                                       Date: 2/1/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | ARCTIC CAT INC-MAIN<br>635 BROOKS AVENUE<br>PO BOX 810<br>THIEF RIVER FALLS MN 56701 |

| PO Number: 60054094 | Terms: NET 30 DAYS | F.O.B: SHIPPING POINT |
|---|---|---|
| Sales Rep: DON M. DIGIOVANNI | Ordered: 10/1/2007 | Ship Via: FIGGINS TRANSP( |
| Packing Slip: 1360 | | Ship Date: 2/1/2008 |

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 156.00 | 0405-205<br>OUTER TIEROD | | 3.37 EA | 525.72 |

Warehouse Code: main
F

Our Part: 40250
Reference A03713942

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 3/2/2008 | 525.72 |
| | **Total** | 525.72 |

ARForm:001:00

| Total: | 525.72 $US |
|---|---|

Driveline Systems LLC
6421 Material Avenue
Loves Park IL 61111



Phone: 815-877-8102
Fax: 815-877-8203

**Invoice: 120384**

**INVOICE**

Page: 1 of 1
Date: 2/1/2008

| Bill To: | Ship To: |
|---|---|
| ARCTIC CAT INC<br>601 BROOKS AVENUE SOUTH<br>P.O. BOX 810<br>THIEF RIVER FALLS MN 56701 | KIM JENKINS<br>ARCTIC CAT INC SALES INC-USA<br>600 BROOKS AVENUE<br>THIEF RIVER FALLS MN 56701 |

PO Number: 1143327
Sales Rep: DON M. DIGIOVANNI
Packing Slip: 1362

Terms: NET 30 DAYS
Ordered: 2/1/2008

F.O.B: SHIPPING POINT
Ship Via: UPS GROUND SER
Ship Date: 2/1/2008

| Line | Quantity | Part Number/Description | Revision | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 2.00 | T2602-139 1 (INITIAL) TOOLING<br>GAGES FOR SHIFT FORK SHAFTS | | 1,333.00 EA | 2,666.00 |

Job No.: 010292

Our Part: SHIFT FORK GAGES
Reference ATTN: KIM JENKINS

*DRIVELINE IS SHIPPING ONE SET OF GAGES TO ARCTIC CAT, ATTENTION KIM JENKINS. ONE SET
WILL REMAIN AT DRIVELINE SYSTEMS.*

| Payment Schedule | |
|---|---|
| Due Date | Amount |
| 1  3/2/2008 | 2,666.00 |
| Total | 2,666.00 |

Total: 2,666.00 $US

ARForm:001:00

Mar. 4. 2008 10:47AM    <u>Terms and Conditions</u>    No. 3008   P. 2

1) <u>Acceptance</u>    This Agreement is for the purchase and sale of goods, and/or services described on the face hereof and is Seller's acceptance of Buyer's offer to Seller. Acceptance of Buyer's offer is expressly limited to the terms and conditions stated herein. Additional or inconsistent terms contained in any Purchase Order or other form are rejected and shall not become part of this Agreement unless embodied in a writing signed by Seller. Commencement of delivery or furnishing of goods or services and acceptance of the same by Buyer may constitute a firm contract on all terms and conditions hereof. The terms of any Purchase Order referred to herein are incorporated in and made a part of this Agreement only to the extent of specifying the price, the nature and description of goods or services ordered. The terms as to payment, and time of delivery, and then only to the extent that such terms are consistent with the terms and conditions stated on both sides of this acknowledgment.

2) <u>Force Majeure</u>    In the event of the occurrence of war, invasion, fire, explosion, riot, strikes, acts of God, delays of carriers, energy shortages, shortage or failure in the supply of materials from third party suppliers, acts of government or governmental agencies or instrumentalities or other contingencies or causes beyond the control of either Buyer or Seller affecting the performance of either party, such performance shall be suspended until such contingencies or causes have been terminated. If either party's performance is suspended as a result of such contingencies or causes for a period of sixty (60) days or longer either party shall have the right to cancel this agreement upon written notice to the other party to that effect at any time thereafter.

3) <u>Confidential Information</u>    Buyer shall not use or disclose to any person, firm, corporation, association or other third party any materials, information or knowledge Seller or its employee may disclose to Buyer concerning Seller's products, methods, or manufacturing processes, or other information communicated to Buyer as proprietary and confidential, unless Buyer is authorized to do so in writing by an officer of Seller. Buyer shall make every reasonable offer to insure that each of its employees who are involved in the performance of Buyer's obligations under this Agreement will abide by the non-use and confidentiality obligations as set forth in this paragraph.

4) <u>Termination</u>    Seller may terminate this Agreement in whole or in part at any time upon Seller's written notice to Buyer (a) for any reason in Seller's sole discretion: (b) for any default by Buyer involving (I) buyer's failure to pay for goods or services within the time specified by this agreement or (II) in the event Buyer is insolvent or files for or is adjudged bankrupt. Seller shall not be deemed to waive any legal remedies it may have against Buyer because of the exercise of such right to terminate. On termination by Seller, Seller shall stop work hereunder and the placement of subcontracts, terminate work under subcontracts outstanding hereunder, and take any necessary action to protect property in Seller's possession in which Buyer has or may acquire an interest. Seller shall use reasonable efforts to diligently secure other purchase(s) for all goods or services. In the event of a termination, Buyer shall reimburse Seller for the expense incurred in the production of goods or services as at the date of Seller's termination.

5) <u>Indemnification</u>    With respect to articles manufactured by Seller in accordance with Buyer's designs, blueprints, drawings or specifications, Buyer shall defend, indemnify and hold Seller, its subsidiaries or affiliates, employees, customers, agents and assigns, against any and all liability, damage, loss cost or expense, including but not limited to those arising from or based upon (I) intellectual property disputes or (II) error, omission or negligent act by Buyer in the completion of such designs, blueprints, drawings, samples or specifications.

6) <u>Inspection and Right of Rejection</u>    All goods and/or services covered by this Agreement shall be subject to final inspection by the Buyer by sample or such other means acceptable (per-approved) by Seller. In any case acceptance shall be deemed to have been made no later than five (5) business days after such goods and/or services have been delivered to Buyer. Unless approved by the Seller the Buyer may not return any goods delivered. Provided further, however, the Seller reserves the right to scrap, replace or repair the defective goods, or Seller may accept a back charge (in the form of a credit to Buyer's account) for the Buyer's repair of the goods. The back charge amount is to be mutually agreed upon. The Seller shall be credited or paid for the material scrap value in cases where the goods are authorized by Seller to be scraped Buyer agrees to cooperate with Seller and follow Seller's instructions as to defective goods. Notwithstanding the foregoing, the Seller will not be held responsible for any machining labor or costs.

7) <u>Product Warranty</u>    Products manufactured by Valley Drive Systems, Inc. are warranted against defects in material and in manufacturing. Valley Drive Systems Inc. assumes no responsibility for any of its products that are mis-applied in assembly and/or are used in applications that exceed normal operating conditions. Any warranty claims against Valley Drive Systems, Inc. products must have All The Valley Drive Systems part(s) in question as well as all the associated parts they were assembled with, available for inspection by Valley Drive Systems to determine if any Valley Drive Systems liability exists.

8) <u>Payment and Discount</u>    If this is an order for goods, upon submission of property verified invoices or vouchers, Buyer shall pay Seller the price stipulated herein for goods delivered and accepted. All discount periods shall

**EXHIBIT**

B

Mar. 4. 2008 19:4?:?    No. 3008  P. ?/?

commenced on the date Buyer receives the goods or an acceptable invoice therefore, whichever date is earlier. If this is an order, for ... ... ... shall be obligated to pay upon Buyer's receipt of Seller's invoice therefore. If the extent Buyer? ?... to p?? ?ther promptly, Seller shall be entitled to reasonable collection costs including attorney's fees.

9) <u>Taxes</u>    Buyer? shall ?? liable for any local, state, federal or foreign taxes incurred as a result of the execution of this ?? ?ement ?? or the consummation of the transactions required herein unless separately stated on this Agreemen? ?d bill?? ?s a separate item.

10) <u>Title and Risk of ?oss</u>    Title and risk of loss to goods covered by this order shall pass to Buyer at the F.O.B. point shown on the face hereof unless otherwise mutually agreed in writing by the parties hereto. Title and risk of loss for services covered by this order and embodied in tangible articles or reports shall pass to Buyer upon receipt of payment by Seller. Seller warrants that title to all goods and or services transferred hereunder shall be free and clear of all liens, claims, security interests or other encumbrances.

11) <u>Miscellaneous Provisions</u>
   A) This Agreement shall not constitute the Seller as the agent, partner or legal representative of the Buyer.
   B) The terms and conditions stated in this Agreement shall be construed in accordance with the internal laws (as opposed to conflicts of law provisions) of the State of Illinois. Buyer consents to the exclusive jurisdiction of any state of federal court located in Winnebago County, Illinois.
   C) Seller may assign or subcontract all or any part of this order without the prior written approval of Buyer.
   D) The terms and conditions stated on the front and back sides of this order constitute the entire Agreement between Seller and Buyer regarding the furnishing of goods or services specified herein and shall not be modified except by way of a writing signed by authorized representatives of both parties.
   E) All rights granted to Seller under this Agreement shall be in addition to and not in lieu of Seller's rights arising by operation of law. Should any provision of this Agreement be declared by a court of competent jurisdiction to be invalid, such decision shall not affect the validity of any of the remaining provisions.

12) <u>Compliance With Laws And Equal Opportunity</u>  Seller warrants that in providing the goods and/or services specified herein, will comply with the following laws, executive order and the regulations promulgated hereunder as the same may be amended, where applicable: (a) Fair Labor Standards Act of 1938; (b) Vietnam Era Veterans Readjustment Assistance Act of 1974; (c) Rehabilitation Act of 1973; and (d) Title VII of the Civil Rights Act of 1964; and (e) Executive Order 11246. Any clause required to be set forth in a document of this type of such laws, administrative regulations or executive orders shall be deemed to be incorporated herein by reference.

Daily Requirements File for 2/15/2008

| Request # | Material | Vendor Mfg | Material Description | Rev | Rqd Qty | UOM | Totl Qty | Totl Size | PO | Item | ABC | Inspect | Plant | Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A00085503 | HEADER | | | | 0 | | 0 | 0(NONE) | 0 | 0 | | | | 0 |
| A03734963 | 0402-974 | | STUD,WHEEL-M10X1.25 (Z&C) | A | 250 | EA | 20 | BX | 60054679 | 10 | C | | 1000 | 2800 |
| A03734988 | 0405-160 | 84098L | SHAFT, STEERING WHEEL | D | 200 | EA | 20 | BX | 60064108 | 10 | B | X | 1000 | 1300 |
| A03734992 | 0405-205 | 40250 | END,OUTER TIE ROD | C | 780 | EA | 52 | BX | 60054094 | 10 | A | | 1000 | 2800 |
| A03734993 | 0405-205 | 40250 | END,OUTER TIE ROD | C | 40 | EA | 52 | BX | 60054094 | 10 | A | | 1000 | 2800 |
| A03735224 | 0441-400 | | CLIP, RETAINING-B (22X21) | A | 100 | EA | 10 | (NONE) | 60054137 | 10 | C | | 1000 | 1200 |
| A03735256 | 0502-268 | | HUB,SPLINED-ASSY (W/DISK MT... | A | 60 | EA | 0 | (NONE) | 60053488 | 10 | A | X | 1000 | 1200 |
| A03735258 | 0502-599 | | HUB,ASSY | A | 4398 | EA | 624 | PC | 60053489 | 10 | A | X | 1000 | 1200 |
| A03735259 | 0502-601 | | HUB-ASSY (KOYO) | A | 1248 | EA | 624 | PC | 60054099 | 10 | C | X | 1000 | 1300 |
| A03735261 | 0502-733 | 73733 | HALFSHAFT(PLUS 2 FR) | B | 180 | EA | 180 | PC | 60054102 | 10 | B | X | 1000 | 1800 |
| A03735262 | 0502-793 | 73733 | HALFSHAFT(PLUS 2 FR) | B | 180 | EA | 180 | PC | 60054102 | 10 | B | X | 1000 | 1800 |
| A03735263 | 0502-734 | 73734 | HALFSHAFT(PLUS 2 LOCK) | B | 40 | EA | 180 | PC | 60054102 | 10 | B | X | 1000 | 1300 |
| A03735264 | 0502-734 | 73734 | HALFSHAFT(PLUS 2 LOCK) | B | 180 | EA | 180 | PC | 60054102 | 10 | B | X | 1000 | 1800 |
| A03735265 | 0502-740 | 73740 | HALFSHAFT(PLUS II REAR) | B | 40 | EA | 180 | PC | 60053484 | 10 | B | X | 1000 | 1800 |
| A03735266 | 0502-740 | 73740 | HALFSHAFT(PLUS II REAR) | B | 540 | EA | 180 | PC | 60053484 | 10 | B | X | 1000 | 1300 |
| A03735268 | 0502-811 | | HALFSHAFT(FIS REAR) | B | 50 | EA | 180 | PC | 60053483 | 10 | A | X | 1000 | 1800 |
| A03735269 | 0502-811 | | HALFSHAFT(FIS REAR) | B | 2592 | EA | 216 | PC | 60053483 | 10 | A | X | 1000 | 1200 |
| A03735270 | 0502-812 | | HALFSHAFT(FIS FRONT/RH) | B | 100 | EA | 216 | PC | 60053481 | 10 | B | X | 1000 | 1200 |
| A03735271 | 0502-812 | | HALFSHAFT(FIS FRONT/RH) | B | 864 | EA | 216 | PC | 60053481 | 10 | B | X | 1000 | 1200 |
| A03735272 | 0502-813 | | HALFSHAFT(FIS FR LOCK) | B | 75 | EA | 216 | PC | 60053479 | 10 | B | X | 1000 | 1800 |
| A03735273 | 0502-813 | | HALFSHAFT(FIS FR LOCK) | B | 75 | EA | 216 | PC | 60053478 | 10 | B | X | 1000 | 1800 |
| A03735273 | 0502-980 | 73980 | HUB,STUD-ASSEMBLY | A | 1080 | EA | 216 | PC | 60053478 | 10 | A | X | 1000 | 1800 |
| A03735280 | 0502-980 | 73980 | HUB,STUD-ASSEMBLY | A | 75 | EA | 216 | PC | 60054866 | 10 | A | X | 1000 | 1300 |
| A03735283 | 0503-322 | 73322 | HUB, STUD - ASSY | A | 624 | EA | 624 | PC | 60053488 | 10 | A | X | 1000 | 1300 |

EXHIBIT

C

| Material | Vendor Mtl | Description | UOM | PastDue | Current | 18-Feb-08 | 25-Feb-08 | 03-Mar-08 | 10-Mar-08 | 17-Mar-08 | 24-Mar-08 | 31-Mar-08 | 07-Apr... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 402-365 | | AXLE,DRIVE - FRONT | EA | | | | | | | | | | |
| 405-777 | | AXLE, DRIVE-REAR (V DRIVE) | EA | | | | | | | | | | |
| 415-410 | | AXLE, DRIVE-FR (LONG V DRIVE) | EA | 50 | | | | | | | | | |
| 415-178 | | AXLE, DRIVE-FR (SHORT V DRIVE) | EA | | | | | | | | | | |
| 402-779 | | AXLE, DRIVE-FR (SHORT V DRIVE) | EA | | | | | | | | | | |
| 402-987 | | AXLE DRIVE-FRONT (ACT) | EA | | | | | | | | | | |
| | | (illegible) | EA | | | | | | | | | | |
| 405-245 | 40245 | TIE ROD,INNER | EA | | | | | | | 5000 | | | |
| 595-276 | | KIT, REPAIR-BOOT | EA | | | | | | | 1000 | | | |
| 415-410 | | KIT,CV BOOT REPAIR | EA | 50 | | | | | | 250 | | | |
| 415-397 | 99320 | CLAMP, BOOT-HSG | EA | | | | | | | 50 | | | |
| 931-398 | 99319 | CLAMP, BOOT-SHAFT | EA | | | | | | | 50 | | | |
| 931-400 | | CLIP, RETAINING-IB (22X21) | EA | 100 | | | | | | 175 | | | |
| 931-674 | 99322 | CLIP, HOUSING-IB (VDS P/N 99322) | EA | | | | | | | 750 | | | |
| 981-803 | 59075 | CLIP,RETAINING-IB (28X27) | EA | | | | | | | 50 | | | |
| 481-119 | | GRIPPER, AXLE PULLER - 67MM | EA | | | | | | | 100 | | | |
| 402-042 | | HUB,WHEEL-FORGED/MACH SPLINED-... | EA | | | | | | | 550 | | | |
| | | (illegible) HUB ASSY | EA | | | | | | | | | | |
| 595-421 | | HUB - ASSY | EA | | | | | | | 50 | | | |
| 417-539 | 73733 | HALFSHAFT (ACT500 FR KOYO) | EA | 198 | 279 | 721 | 323 | 290 | 167 | | | 40 | |
| 402-542 | | HALFSHAFT (FIS/FR/-027) | EA | | | | | | 900 | | | | |
| 102-543 | | HALFSHAFT (250/300 RR KOYO) | EA | | | | | | 450 | | | | |
| 105-546 | | AXLE DRIVE (FIS LK) | EA | | | | | | 75 | | | | |
| 105-547 | | HALFSHAFT (FIS LK) | EA | | | | | | 400 | | | | |
| | | (illegible) HUB ASSY | EA | | | | | | | | | | |
| | 73750 | HALFSHAFT | EA | | | | | | 1000 | | | | |
| | | HALFSHAFT | EA | | | | | | | | | | |
| | | HALFSHAFT | EA | | | | | | | | | | |
| 102-814 | | HUB,STUD-ASSY | EA | | | | | | 30 | | | | |
| 417-838 | | HALFSHAFT(ACT FRONT) | EA | | | | | | | | | | |
| | | HALFSHAFT(...) | EA | | | | | | | | | | |

| Material | Vendor Mtl | Description | UOM | PastDue | Current | 18-Feb-08 | 25-Feb-08 | 03-Mar-08 | 10-Mar-08 | 17-Mar-08 | 24-Mar-... | 31-Mar-... | 07-Apr-... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...042-980 | 73980 | HUB,STUD-ASSEMBLY | EA | | 818 | 800 | 1584 | 798 | 800 | 430 | 0 | 60 | 0 |
| ...041-377 | 73322 | HUB, STUD - ASSY | EA | | 549 | 800 | 1584 | 818 | 800 | 430 | 0 | 0 | 0 |
| ...405-943 | | STOP,STEERING POST-FORGED | EA | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ...112-002 | | AXLE,DRIVE-REAR | EA | | 0 | 0 | 0 | 0 | 0 | 600 | 0 | 0 | 0 |
| ...102-240 | | AXLE,REAR-LH (KOYO) | EA | | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 |
| ...102-139 | | SHAFT,SHIFT FORK-11T (LONG) | EA | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ...302-140 | | SHAFT,SHIFT FORK-66T (LONG) | EA | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ...302-141 | | SHAFT,SHIFT FORK-66T | EA | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ...302-142 | | SHAFT,SHIFT FORK-11T | EA | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | 21-Apr | 28-Apr-08 | 05-May-08 | 12-May-08 | 19-May-08 | 26-May-08 | 02-Jun-08 | 09-Jun-08 | 16-Jun-08 | 23-Jun-08 | 30-Jun-08 | 07-Jul-08 | 14-Jul-08 | 21-Jul-08 | 28-Jul-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 120 | 600 | 600 | 600 | 600 | 480 | 600 | 600 | 480 | 240 | 480 | 600 | 600 | 600 |
| | 0 | 120 | 600 | 610 | 600 | 600 | 480 | 610 | 600 | 480 | 250 | 480 | 600 | 600 | 600 |
| | 0 | 0 | 0 | 0 | 71 | 785 | 811 | 1006 | 404 | 0 | 866 | 854 | 336 | 610 | 560 |
| | 0 | 0 | 0 | 400 | 194 | 216 | 38 | 0 | 0 | 20 | 20 | 20 | 0 | 0 | 336 |
| | 0 | 0 | 0 | 0 | 0 | 146 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 855 |
| | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | 04-Aug-08 | 11-Aug-08 | 18-Aug-08 | 25-Aug-08 | 01-Sep-08 | 08-Sep-08 | 15-Sep-08 | 22-Sep-08 | 29-Sep-08 | 06-Oct-08 | 13-Oct-08 | 20-Oct-08 | 27-Oct-08 | 03-Nov-08 | 10-Nov-08 | 17-Nov-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 610 | 800 | 480 | 0 | 840 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 10 | 10 | 0 |
| | 600 | 810 | 460 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 387 | 0 | 773 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 20 | 0 | 20 | 0 | 0 | 0 | 0 | 51 | 0 | 0 | 0 | 0 | 20 | 20 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 260 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 15 | 128 | 945 | 405 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 10 | 15 | 0 |

| 01-Nov-08 | 01-Dec-08 | 08-Dec-08 | 15-Dec-08 | 22-Dec | 29-Dec | 05-Jan-09 | 12-Jan-09 | 19-Jan-09 | 26-Jan-09 | 02-Feb-09 | ABC | Inspect | IPO | PO | PO Item Rev | BatchManagedFlag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054867 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054139 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054090 | 10A | |
| | | | | | | | | | | | | | | 60054134 | 10A | |
| | | | | | | | | | | | | | | ████████ | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | | 60054678 | 10C | |
| | | | | | | | | | | | 0C | | | 6005████ | 10C | |
| | | | | | | | | | | | 0C | | | 6005████ | 10C | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054105 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | | 60054107 | 10B | |
| 64 | 164 | 200 | 214 | 100 | 64 | 216 | | | | | 0C | | | 60075617 | 10C | |
| | | | | 1000 | | | | | | | 0C | | | 60054141 | 10 | |
| | | | | | | | | | | | 0C | | | 60054142 | 10A | |
| | | | | | | | | | | | 0C | | | 60054137 | 10A | |
| | | | | | | | | | | | 0C | | | 60058849 | 10 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | | 60058011 | 10B | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054580 | 10A | |
| 0 | 0 | 0 | 0 | 55 | 0 | 50 | 0 | 0 | 0 | 0 | 0C | | | 60058093 | 10B | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | | 60058006 | 10B | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | | 60054585 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | | 60054150 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | | 60054594 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | | 60054151 | 10B | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 0A | | | 6005████ | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054147 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60054140 | 10A | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 3A | | | 6005████ | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | | 60054102 | 10A | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 3C | | | 6005████ | 10B | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 3C | | | 6005████ | 10B | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 0B | | | 60054097 | 10B | |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | 3C | | | 60054099 | 10B | |
| 170 | 50 | 130 | | 200 | | | 210 | 160 | | | 3C | | | 6005████ | 10B | |
| 170 | 170 | 170 | 75 | 100 | | 75 | 105 | 100 | | | 3C | | | 6005████ | 10B | |
| 0 | 0 | 75 | 75 | 200 | | 75 | 75 | 75 | 0 | 0 | 3C | | | 60056850 | 10B | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0A | | | 60065094 | 10B | |

| 01-Nov-08 | 01-Dec-08 | 08-Dec-08 | 15-Dec-08 | 22-Dec-... | 29-Dec-... | 05-Jan-09 | 12-Jan-09 | 19-Jan-09 | 26-Jan-09 | 02-Feb-09 | ABC | Inspect | PO | PO Item Rev | BatchManagedFlag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 10 | 30 | 10 | 10 | 10 | | | | | 0A | | 60054869 | 10A | |
| 0 | 0 | 30 | | | | 10 | 20 | | | | 0A | | 60053486 | 10A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | 60050055 | 10C | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | 60054136 | 10C | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | 0 | 0A | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | 60065248 | 10F | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | 60066250 | 10F | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0C | | 60056251 | 10E | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0B | | 60065253 | 10E | |

Daily Requirements File for 2/18/2008

| Request # | Material | Vendor Mtl | Material Description | Rev | Rqd Qty | UOM | Tote Qty | Tote Size | PO | Item | ABC | Inspect | Plant | Loc |
|-----------|----------|------------|---------------------|-----|---------|-----|----------|-----------|----|------|-----|---------|-------|-----|
| A00085503 | HEADER | | | | 0 | | 0 | | 0 | 0 | | | | |

| Material | Vendor Mtl | Description | UOM | PastDue | Current | 25-Feb-08 | 03-Mar-08 | 10-Mar-08 | 17-Mar-08 | 24-Mar-08 | 31-Mar-... | 07-Apr-... | 14-Apr-... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1402-240 ... | | AXLE,REAR-LH (KOYO) | EA | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 |

2/18/2008 6:33:09 AM

| 21-Apr-... | 28-Apr-... | 05-May-08 | 12-May-08 | 19-May-08 | 26-May-08 | 02-Jun-08 | 09-Jun-08 | 16-Jun-08 | 23-Jun-08 | 30-Jun-08 | 07-Jul-08 | 14-Jul-08 | 21-Jul-08 | 28-Jul-08 | 04-Aug-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 11-Aug-08 | 18-Aug-08 | 25-Aug-08 | 01-Sep-08 | 08-Sep-08 | 15-Sep-08 | 22-Sep-08 | 29-Sep-08 | 06-Oct-08 | 13-Oct-08 | 20-Oct-08 | 27-Oct-08 | 03-Nov-08 | 10-Nov-08 | 17-Nov-08 | 24-Nov-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 01-Dec-08 | 08-Dec-08 | 15-Dec-08 | 22-Dec-08 | 29-Dec-... | 05-Jan-09 | 12-Jan-09 | 19-Jan-09 | 26-Jan-09 | 02-Feb-09 | 09-Feb-09 | ABC | Inspect | PO | PO Item | Rev | BatchManagedFlag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | QC | | | 0 | QA | |