# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

DRIVELINE SYSTEMS, LLC, an Illinois limited liability company
vs.
ARCTIC CAT, INC., a Minnesota corporation

Case Number: 08 C

**08 C 50 154**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARCTIC CAT INC., a Minnesota corporation

**FILED**

JUL 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Marc C. Gravino | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marc C. Gravino | |
| FIRM <br> WilliamsMcCarthy LLP | |
| STREET ADDRESS <br> 120 West State Street, Suite 400 | |
| CITY/STATE/ZIP <br> Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06198531 | TELEPHONE NUMBER <br> 815-987-8900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |