IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCTIC CAT, INC.,<br>a Minnesota corporation,<br><br>        Defendant. | NO. 08 C 50154<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |

**F I L E D**

JUL 2 5 2008

**DISCLOSURE STATEMENT**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The undersigned, counsel of record for defendant, ARCTIC CAT INC., a Minnesota corporation, furnishes the following disclosure in compliance with General L.R. 3.2:

    a.    Arctic Cat Inc. is a Minnesota corporation.

Dated this 25th day of July, 2008.

                              ARCTIC CAT INC., a Minnesota corporation,
                              Defendant
                              By WILLIAMSMCCARTHY LLP


                              By:       /s/ John J. Holevas

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

>Attorney Brad Koch
>Holmstrom & Kennedy
>800 N. Church Street
>Rockford, IL 61103



/s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900