FILED
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

08 C 50154

| | | |
|---|---|---|
| DRIVELINE SYSTEMS, LLC, an Illinois limited liability company, | ) ) ) | NO. |
| Plaintiff, | ) ) ) | In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois, Cause No. 2008-L-234 |
| vs. | ) ) ) | |
| ARCTIC CAT, INC., a Minnesota corporation, | ) ) ) ) | Kapala |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Attorney Brad Koch           Thomas A. Klein
     Holmstrom & Kennedy          Winnebago County Circuit Clerk
     800 N. Church Street         Winnebago County Courthouse
     Rockford, IL 61103           400 West State Street
                                  Rockford, IL 61101

You are hereby notified that ARCTIC CAT INC., a Minnesota corporation, defendant in the above-entitled cause, filed its verified Notice of Removal of the case of *"Driveline Systems, LLC v. Arctic Cat, Inc."*, which case was recently pending in the Circuit Court of the 17th Judicial Circuit, Winnebago County, under Cause No. 2008-L-234, with the Clerk of the United State District Court for the Northern District of Illinois, Western Division, a true and correct copy of which Notice of Removal is attached hereto and served upon you and that said Notice of Removal was filed on July 25, 2008.

ARCTIC CAT INC., a Minnesota corporation,
Defendant
By WILLIAMSMCCARTHY LLP

By: _____/s/ John J. Holevas_____

Notice.Filing.wpd                -1-

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on July y25, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail the document to:

>Attorney Brad Koch
>Holmstrom & Kennedy
>800 N. Church Street
>Rockford, IL 61103

>Thomas A. Klein
>Winnebago County Circuit Clerk
>Winnebago County Courthouse
>400 West State Street
>Rockford, IL 61101

>/s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900