IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DRIVELINE SYSTEMS, LLC,<br>an Illinois limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARCTIC CAT, INC.,<br>a Minnesota corporation,<br><br>　　　　　Defendant. | NO. 08-C-50154<br><br>**AMENDED NOTICE OF REMOVAL** |

Defendant, ARCTIC CAT INC., a Minnesota corporation, by and through its counsel, WILLIAMSMCCARTHY LLP, does hereby submit the following Amended Notice of Removal pursuant to the Court's Order of July 29, 2008.

The Court's Order of July 29, 2008 referenced that defendant had failed to properly allege complete diversity of citizenship in that limited liability companies do not have citizenship for diversity purposes. The Court ordered that the defendant identify the citizenship of all members of the LLC so as to establish whether complete diversity jurisdiction exists.

Since information regarding members of an Illinois limited liability company are not publicly available, the undersigned counsel for the defendant contacted counsel for the plaintiff, Attorney Bradley T. Koch, to determine whether counsel would voluntarily provide the information regarding the plaintiff's members' citizenship status. Counsel for the plaintiff was accommodating in that request and, on information and belief, defendant ARCTIC CAT alleges that the following individuals/entities are members of DRIVELINE SYSTEMS, LLC:

-2-

1. Mr. Richard DiGiovanni, a citizen of the State of Illinois.

2. Venture Equities Management, Inc., an Illinois corporation, with its principal place of business in the State of Illinois; and

3. Wanxiang (USA) Holdings Corporation, an Illinois corporation, with its principal of business in the State of Illinois.

The basis for defendant's information and belief is contained in the attached correspondence from plaintiff's counsel marked as Exhibits A and B.

Accordingly, defendant respectfully submits that this cause of action is properly removable and that there is complete diversity of citizenship between the defendant and all members of the plaintiff LLC. The jurisdictional amount in controversy in excess of $75,000.00, exclusive of costs and interest, has been previously pled.

Respectfully submitted,

ARCTIC CAT INC., a Minnesota corporation, Defendant
By WILLIAMSMCCARTHY LLP


By: _____/s/ John J. Holevas_____

## CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on August 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                            /s/ John J. Holevas

John J. Holevas, Esq.
Marc C. Gravino, Esq.
WILLIAMSMCCARTHY LLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815-987-8900

**Holmstrom&Kennedy** PC

Attorneys At Law

Bradley T. Koch
bkoch@holmstromlaw.com

800 N. Church Street
P.O. Box 589
Rockford, IL 61105
ph 815.962.7071
fx 815.962.7181
www.holmstromlaw.com

August 12, 2008

**Via Email and U.S. Mail**
Attorney Marc C. Gravino
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
Rockford IL 61101

RE:   *Driveline Systems, LLC v. Arctic Cat, Inc.*
      Case No.: 08C50154

Dear Marc:

I am writing in response to your letter of August 6, 2008 to me concerning the above referenced matter. You have requested that Driveline Systems, LLC ("Driveline") voluntarily provide to Arctic Cat, Inc. ("Arctic Cat") the identity and citizenship of its members for the purpose of Arctic Cat preparing and filing an Amended Notice of Removal with the United States District Court. According to our records, the members of Driveline are Richard DiGiovanni, Venture Equities Management, Inc. ("Venture") and Wanxiang (USA) Holdings Corporation ("Wanxiang"). Richard DiGiovanni is a citizen of the State of Illinois. Venture and Wanxiang are Illinois corporations and, as such, citizens of the State of Illinois.

If you have any questions, please feel free to contact me.

Very truly yours,

BRADLEY T. KOCH

BTK/kln
cc:   Mr. Richard DiGiovanni
      Mr. Gary Wetzel

EXHIBIT A

**Holmstrom&KennedyPC**

Attorneys At Law

Bradley T. Koch
bkoch@holmstromlaw.com

800 N. Church Street
P.O. Box 589
Rockford, IL 61105
ph 815.962.7071
fx 815.962.7181
www.holmstromlaw.com

August 19, 2008

**Via Email and U.S. Mail**
Attorney Marc C. Gravino
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
Rockford IL 61101

RE:   *Driveline Systems, LLC v. Arctic Cat, Inc.*
      Case No.: 08C50154

Dear Marc:

I am writing you in response to your letter of August 14, 2008 to me concerning the above referenced matter. You have inquired with respect to the state in which Venture Equities Management, Inc. ("Venture") and Wanxiang (USA) Holdings Corporation ("Wanxiang") maintain their principal place of business. We have confirmed that the principal place of business for both Venture and Wanxiang is within the State of Illinois.

If you have any questions, please feel free to contact me.

Very truly yours,

BRADLEY T. KOCH

BTK/kln
cc:   Mr. Gary Wetzel

**EXHIBIT B**